COPY

AO 91 (Rev. 11/82)

# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

FILED
CLERK, U.S. DISTRICT CO[...]
AUG 1 7 2017
[EN]TRAL DISTRICT OF CALIF
BY                         D[...]

| UNITED STATES OF AMERICA<br>v.<br>AMANDA DIANE GONZALES and<br>SAMUEL JACK SALA | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>ED17-0381M |
|---|---|

Complaint for violation of Title 18, United States Code, Section 1708

| NAME OF MAGISTRATE JUDGE<br>HONORABLE KENLY KIYA KATO | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Riverside, California |
|---|---|---|

| DATE OF OFFENSE<br>May 9, 2017 | PLACE OF OFFENSE<br>Riverside County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

LODGED
[17 AUG 1 PM 3:01]
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1708]

On or about May 9, 2017, in Riverside County, within the Central District of California, defendants AMANDA DIANE GONZALES ("GONZALES") and SAMUEL JACK SALA ("SALA") unlawfully had in their possession mail that had been stolen from the mail, addressed to and from persons other than defendants GONZALES and SALA, knowing the same to have been stolen.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

(See attached affidavit which is incorporated as part of this Complaint.)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>**GABRIEL RODRIGUEZ**  /s/<br>OFFICIAL TITLE<br>Postal Inspector, United States Postal Inspection Service |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE[(1)]<br>KENLY KIYA KATO | DATE<br>August 17, 2017 |
|---|---|

[(1)] See Federal Rules of Criminal Procedure 3 and 54

AUSA Matthew O'Brien (x8644)  REC: Detention

**AFFIDAVIT**

I, Gabriel Rodriguez, being duly sworn, declare and state as
follows:

## I.  PURPOSE OF AFFIDAVIT

1.     This affidavit is made in support of a criminal
complaint against and arrest warrants for AMANDA DIANE GONZALES
("GONZALES") and SAMUEL JACK SALA ("SALA") for a violation of 18
U.S.C. § 1708, Mail Theft.

2.     The facts set forth in this affidavit are based upon
my personal observations, my training and experience, and
information obtained from law enforcement personnel and victims.
This affidavit is intended to show merely that there is
sufficient probable cause for the requested complaint and arrest
warrants, and does not purport to set forth all of my knowledge
of or investigation into this matter.  Unless specifically
indicated otherwise, all conversations and statements described
in this affidavit are related in substance and in part only.

## II. BACKGROUND OF POSTAL INSPECTOR RODRIGUEZ

3.     I am a United States Postal Inspector employed by the
Los Angeles Division of the United States Postal Inspection
Service ("USPIS"), San Bernardino Domicile, External Crimes
Team.  I have been employed in this position since February
2016.  My responsibilities include the investigation of crimes
against the United States Postal Service ("USPS") and crimes
related to the misuse and attack of the mail system, including
theft of United States mail, possession of stolen mail, mail
fraud, access device fraud (including credit and debit cards),

- 1 -

and identity theft.  I graduated from the USPIS's law
enforcement training academy in Potomac, Maryland.  That course
included training in the investigation of identity theft via the
mail.  In addition, I have received both formal and informal
training from the USPIS regarding mail and identity theft
investigations.

4.    Through my training and experience, I have learned
that as a result of stealing mail, mail thieves can gain access
to items such as checks, money orders, cash, and gift cards, as
well as individuals' personal information, and use such
information to commit bank fraud, check fraud, and access device
fraud with credit cards and debit cards.

### III. SUMMARY OF PROBABLE CAUSE

5.    On or about May 9, 2017, law enforcement officers
searched the bedroom where GONZALES and SALA were staying in
Hemet, California.  The officers found approximately 43 pieces
of stolen mail and checks, stolen credit and debit cards,
"shaved" keys commonly used to steal cars, and a sawed-off
shotgun and shotgun shells.  The subsequent investigation
uncovered GONZALES's fraudulent use of victims' stolen checks.

### IV. STATEMENT OF PROBABLE CAUSE

6.    Based on my review of investigative reports and
discussions with members of the Post Release Accountability and
Compliance Team ("PACT team"), a task force made up of law
enforcement officers from various departments in the County of
Riverside, I am aware of the following:

**A.    The Arrest of GONZALES and Initial Search**

7.    On or about May 9, 2017, task force members from the
PACT team went to a house on Academy Drive in Hemet to conduct a
knock and talk.  The officers had received information that
GONZALES, who had a felony warrant for her arrest, was living at
the residence.  Riverside County Sheriff's Department ("RCSD")
Deputy Burch also was aware of an identity theft investigation
regarding GONZALES being conducted by RCSD Deputy Miller of the
Lake Elsinore Station.

8.    Upon arriving, Deputy Burch looked through the front
window of the house and saw a Hispanic female asleep on a bed in
the front bedroom.  RCSD Deputy Shumway knocked on the front
door and spoke to a female who identified herself as L.D.
Deputy Shumway asked L.D. if GONZALES was home and L.D. said
that she did not know.  Deputy Shumway asked L.D. if task force
members could search the residence to see if GONZALES was home.
L.D. said, "Sure, I don't know who is here."  L.D. opened the
front door to allow the officers to enter and then walked to the
bathroom to assist her young daughter.  Upon entering the
residence, Deputy Burch asked L.D. where GONZALES's bedroom was
located and she pointed to the bedroom where Deputy Burch had
seen the female sleeping on the bed.

9.    Deputy Shumway opened the bedroom door and saw the
female sleeping.  The officers recognized her as GONZALES, and
took her into custody based on her felony warrant.

10.    Incident to GONZALES's arrest, the officers searched
the area around GONZALES and found the following:

- 3 -

a.   A large quantity of "shaved" car keys commonly used to steal cars, on the floor near the bed;

b.   Twenty-eight 12-gauge shotgun shells and a box of Remington 30-06 rifle cartridges, in plain view on a bookshelf;

c.   A stolen California license plate (CA 6V84019), in plain view on an ottoman;

d.   Eleven pieces of stolen mail and three checks in names other than GONZALES or SALA, and approximately four grams of field-tested methamphetamine, inside GONZALES's purse; and

e.   A black and pink wallet, which contained three debit cards, an Aetna Medical Card, a Rite Aid card, and a California driver's license, all belonging to a female named V.S., on a desk.  The wallet also contained five debit and credit cards with GONZALES's name and a debit card with the name B.C.

**B.   The Identification of SALA**

11.  While placing GONZALES in the back of Deputy Burch's patrol car, Deputies Shumway and Burch saw a black Pontiac Firebird slowly drive by the property.  The driver, a male with neck tattoos, immediately sped away from the residence after seeing Deputy Shumway outside.

12.  Deputy Burch then asked L.D. for the name of GONZALES's boyfriend.  L.D. said that his name was Sam SALA. The officers conducted a records check for SALA and learned that he was on Post Release Community Supervision ("PRCS") with full search terms, he had a felony warrant for his arrest for

- 4 -

violating his PRCS terms, and he was a known gang member with multiple felony convictions.

13.   Detective Jones of the Murrieta Police Department took a picture of SALA's booking photograph and showed it to L.D., who confirmed that the photograph matched SALA, GONZALES's boyfriend.   Using the same photograph, Detective Burch identified SALA as the driver of the black Pontiac Firebird.

14.   When Deputy Burch asked L.D. if SALA was staying in the bedroom with GONZALES, L.D. said yes.

**C.   The Search of the Bedroom**

15.   After learning that SALA lived in the bedroom where they had found GONZALES, the officers conducted a PRCS search of the bedroom.   Inside the bedroom, the officers found the following:

a.   Approximately 32 pieces of stolen mail and checks in the name of individuals other than GONZALES or SALA, throughout the bedroom.

b.   Various items of personal identifying information belonging to individuals other than GONZALES or SALA, throughout the bedroom.

c.   Nine 12-gauge shotguns shells and five 30-06 caliber bullets, in plain view near the bedroom window.

d.   A box of 20-gauge shotgun shells with fifteen shells and two .223 caliber rifle rounds inside.

e.   Multiple items of personal identifying information in names other than GONZALES or SALA, inside the bedroom closet.   These included several pieces of mail, credit

- 5 -

cards, a passport, and identification cards belonging to several individuals, including V.S. and J.B.  The officers had found V.S.'s identification and debit and credit cards inside GONZALES's wallet.  Deputy Burch knew that V.S. was a victim of identity theft from RCSD Deputy Miller's separate case.

       f.    Inside the same closet, the officers found a black duffel bag containing multiple mail pieces addressed to SALA from his time as a prisoner at Wasco Prison.  Under the duffle bag, officers found a sawed-off 12-gauge shotgun.  The shotgun was a New England Firearms single-shot "Pardner" model.

16.  The officers collected the evidence for processing and further investigation.

17.  Deputy Burch attempted to interview GONZALES.  He gave GONZALES a <u>Miranda</u> warning, and GONZALES invoked her rights, ending the interview.

**D.   Interview of SALA's Mother**

18.  While the officers were at the residence, the homeowner, M.F., arrived.  M.F. identified herself as SALA's mother.  When the officers asked M.F. about the weapons in the house, she said that she did not own any weapons and there were not supposed to be any weapons in the house.  M.F. said that GONZALES and SALA had been staying in the bedroom and they brought their property into the house.  M.F. also said that SALA had been leaving his property in the bedroom because he was afraid of being arrested for his warrant.

### E.   Access Device Fraud Involving Victim M.K.

19.   On or about May 17, 2017, Deputy Burch spoke with victim M.K., whose U.S. Bank credit card statement was found in GONZALES and SALA's bedroom.  M.K. said that she noticed her curbside mailbox's lid open recently.  M.K. said she checked her credit card statement and saw two fraudulent transactions, including a payment on April 17, 2017 for court fees using Riverside County's e-pay system.

20.   On or about May 24, 2017, M.K. provided Deputy Burch with email correspondence between her and Riverside Superior Court officials regarding the fraudulent transaction on her credit card.  The email correspondence showed a payment of $1,203.95 applied to the name of Amanda GONZALES with a date of birth in June 1993 (GONZALES's birthdate) and case number BM135109AG.

21.   Deputy Burch conducted a records check on GONZALES on the Riverside County Superior Court website and learned that, on April 17, 2017, a fee payment was made in the amount of $1,203.95.  The case number in the Riverside County Superior Court's website for GONZALES matched the case number on M.K.'s paperwork.

22.   M.K. said that she did not know GONZALES and she did not authorize GONZALES to possess her mail or use her credit card.

### F.   Identity Theft and Fraud at Stater Bros.

23.   The PACT team members were familiar with victim V.S., who had been a victim of a car burglary on April 11, 2017.

During the search on May 9, 2017, the officers found V.S.'s identification and debit and credit cards inside GONZALES's wallet, and V.S.'s mail in the bedroom.

24.  On or about May 9, 2017, Detective Jones assisted in sorting through the recovered evidence.  Detective Jones located a personal check belonging to B.H., which appeared to be altered.  Detective Jones called B.H., who said that he is 94 years old and that his son T.H. handles his affairs.  Detective Jones spoke with T.H., who has power of attorney privileges for his father.

25.  T.H. said that the check at issue was made out to his brother R.H. on March 28, 2017, and placed inside the curbside mailbox in front of T.H.'s house in Menifee, California.  T.H. said that on March 29, 2017, his wife noticed that the mailbox's door was open, its flag was still up, and the envelope containing the check was missing.  T.H. called his bank, San Diego County Credit Union, and placed a stop payment on the check.

26.  T.H. learned that his father's account had been compromised and two checks had been fraudulently written, for $132.99 and $49.08, on the account to Stater Bros. supermarkets on April 3, 2017.  T.H. obtained copies of the checks and reported the incident to the Riverside County Sheriff's Department.

27.  T.H. provided Detective Jones with copies of the two checks.  T.H. said that the checks did not look like typical checks from his father's checkbook, and Detective Jones agreed.

The checks had been altered to show the issuer as victim V.S.
By looking at the back of the checks, Detective Jones determined
that they were used at the Stater Bros. store at 43396 East
Florida Avenue in Hemet.

28.   On or about May 10, 2017, Detective Jones called the
Stater Bros. store in Hemet and spoke to J.E., the store
manager.   J.E. was able to retrieve the register details for the
two transactions, but said that there was no video of the
transactions.

29.   J.E. said that on the morning of April 3, 2017, R.R.
(the store's operations manager) had been alerted by a colleague
to two suspicious purchases by a female who paid with checks in
the amount of $132.99 and $49.08.   R.R. placed a photocopy of
V.S.'s identification at the registers with an alert not to
accept any more checks from the individual due to possible
fraud.

30.   The following night, on April 4, 2017, J.E. was
working the night shift when a female came into the store,
accompanied by a male with neck tattoos, and attempted to buy
groceries and alcohol with a check.   The female presented V.S.'s
identification (identical to the one in the store from the day
before), so J.E. refused to complete the transaction.   Detective
Jones showed J.E. a "six pack" photo lineup including GONZALES's
photograph.   J.E. identified GONZALES as the person who
presented V.S.'s identification and the check on April 4, 2017.

31.   On or about May 11, 2017, Detective Jones went back to
the Stater Bros. store and met with R.R., the store operations

manager.  R.R. provided Detective Jones with copies of the checks and a photocopy of V.S.'s identification presented at the time of the transactions.  R.R. described the female as a heavy-set Hispanic woman with a large "California" tattoo on her chest.  Detective Jones showed R.R. a "six pack" photo lineup including GONZALES's photograph.  R.R. identified GONZALES as the person who presented V.S.'s identification and the checks on April 3, 2017.

### G.    Investigation of Stolen Mail

32.  PACT team members were able to contact approximately 32 different victims of the mail theft.  All of these victims said that they did not know GONZALES or SALA and they had not authorized them to possess their mail.

//

//

//

//

//

//

//

//

//

//

//

//

## V.  <u>CONCLUSION</u>

33.   For all the reasons described above, I believe that there is probable cause to believe that GONZALES and SALA have committed a violation of 18 U.S.C. § 1708, Mail Theft.

/ s /
_____
GABRIEL RODRIGUEZ, U.S. Postal
Inspector
United States Postal
Inspection Service

Subscribed to and sworn before me
this __17__ day of August 2017.

KENLY KIYA KATO

_____
UNITED STATES MAGISTRATE JUDGE

- 11 -