CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Ramanujan Nadadur (Bar No. 315718)
(E-Mail: Anuj_Nadadur@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
AMANDA DIANE GONZALES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
v.
AMANDA DIANE GONZALES,
Defendant.

Case No. 5:17-cr-00179-AB

**AMANDA GONZALES' SUPPLEMENTARY EXHIBITS IN SUPPORT OF COMPASSIONATE RELEASE MOTION**

Defendant Amanda Diane Gonzales ("Ms. Gonzales"), by and through her counsel of record Deputy Federal Public Defender Ramanujan Nadadur, hereby submits the attached four exhibits in support of her motion for compassionate release, which is presently scheduled for a hearing before this Court on July 8, 2022.

Exhibit H is a letter from Ms. Gonzales, documenting her newborn baby's health struggles after her incarceration. Ms. Gonzales maintains that her baby's struggles in her absence qualify her for compassionate release based on "extraordinary and compelling reasons."

///

Exhibit I is a letter from Carlos Rivera, Ms. Gonzales' long-time partner. He also documents their baby's health struggles after Ms. Gonzales' incarceration.

Exhibit J is an email, dated May 31, 2022, in which Ms. Gonzales, through counsel, renews her request for compassionate release from FCI Dublin, the facility where she has been designated by the BOP to serve her federal sentence. Ms. Gonzales submitted this request to re-exhaust her administrative remedies after she was in federal custody. Her prior request to FCI Dublin was submitted prior to her surrender date.

Exhibit K is an email, dated June 1, 2022, in which Ms. Gonzales, through counsel, renews her request for compassionate release from the Metropolitan Detention Center, Los Angeles, the facility where she is currently in custody.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: June 24, 2022 By *Ramanujan Nadadur* /s/ *Ramanujan Nadadur*

Ramanujan Nadadur
Deputy Federal Public Defender
Attorney for AMANDA DIANE GONZALES